STATE, Respondent, v. LA CHANCE, Appellant

(57 N. W.2d 45)

((File No. 9293.  Opinion field February 14, 1953)

**Hanten & Henrikson,** Watertown, for Appellant.

**Ralph A. Dunham,** Atty. Gen. **and Ed Barron,** Asst. Atty. Gen., for Respondent.

PER CURIAM.  Defendant was convicted of rape upon a woman, nineteen years of age, and sentenced to a term of fifteen years in prison.  A motion for new trial was overruled and defendant appeals from the judgment of conviction.

We have carefully read the record and have concluded that the evidence which is conflicting amply sustained the verdict.  Other errors are assigned, but there is no error which would justify a reversal.

The judgment appealed from is affirmed.

All the Judges concur.